STATE OF MAINE
CUMBERLAND, ss.

 STATE OF MAINE
CUMBERLAND, SS
CLERK'S OFFICE

FEB 28  12 00 PM '01

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. AP-00-089
 REC - CUM - 2/28/2001

DAVID A. CAREY,

    Plaintiff

    vs.

INDIAN ROCK CORPORATION,

    Defendant

ORDER ON APPEAL

Defendant Indian Rock Corporation has appealed from an order of the District Court dated July 27, 2000 and docketed on July 28, 2000.

That order granted plaintiff's motion for default and dismissed defendant's counterclaim unless the plaintiff took certain specified action within 30 days. The order did not grant final judgment to the plaintiff.

> An order of judgment is final if '1) the trial court's action fully decides and disposes of the whole matter leaving nothing further for the consideration and judgment of the trial court, and 2) no subsequent proceedings in the case will render the appellate court's decision immaterial.'
>
> Ford New Holland, Inc. v. Thompson Machine, Inc., et al, 617 A.2d 540 (Me. 1992).

The entry is:

The case is remanded to the district court for further proceedings consistent with this order.

Dated: February 2Y, 2001

_____
Robert E. Crowley
Justice, Superior Court

Date Filed ___10-27-00___    ___CUMBERLAND___    Docket No. __AP 00-089__

County

Action __APPEAL FROM DC - CONTRACT__

DAVID A. CAREY                          INDIAN ROCK CORPORATION

vs.

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| EDWARD S. DAIGLE, ESQ 773-7818<br>31 EXCHANGE ST. PORTLAND ME 04101 | RUSSELL BURGESS  PRO SE<br>INDIAN ROCK OUTFITTERS<br>PO BOX 5445<br>OQUOSSOC, ME 04964 |

| Date of Entry | |
|---|---|
| 2000<br>Oct. 30 | Received 10-27-00:<br>Defendant's Notice of Appeal filed.<br>All paperwork received from 9th District Court, Division<br>of Southern Cumberland (POR CV 00-447). |
| Nov. 1 | On 11-1-00.<br>Briefing schedule mailed. Appellant's brief due 12-6-00. |
| Dec. 7 | Received 12-6-00.<br>Petitioner's brief filed |
| Dec. 27 | Received 12/27/00:<br>Plaintiff/Appellee's Brief filed. |
| "      " | Plaintiff's Motion to Dismiss Appeal filed. |
| "      " | Plaintiff's Request for Hearing filed. |
| 2001<br>Jan 10 | Received 01/10/01:<br>Defendant's Motion in Opposition to Plaintiff's Motion to Dismiss Appeal<br>filed. |
| Feb. 27 | On 2-27-01.<br>Oral argument on appeal scheduled as well as Plaintiff's Motion to Dismis<br>Appeal.<br>Court hears Plaintiff's Motion to Dismiss Appeal.<br>Court dismisses appeal; order to be filed by the court.<br>Crowley, J. Presiding, Electronic Recording, Tape No. 1963, Index Nos.<br>2518-2795, Edward Daigle, Esq. for Plaintiff and Russell Burgess appears<br>pro se. |
| March 1 | Received 2-28-01.<br>Order on Appeal, filed. (Crowley, J.)<br>    The case is remanded to the district court for further proceedings<br>    consistent with this order.<br>Copies mailed Edward Daigle, Esq. and Russell Burgess on 3-1-01. |